IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20295-JB

UNITED STATES OF AMERICA

        Plaintiff,

VS.

WILMER MOISES BARSELO

        Defendant.

_____/

**DEFENDANT'S WAIVER OF SPEEDY TRIAL**

I, Wilmer Moises Barselo, hereby waive my right to a Speedy Trial and agree that the time period between January 14, 2025 and March 10, 2025 be excluded from the Speedy Trial clock.

*WILMES* (signature)
Wilmer Moises Barselo
January 23, 2025

Respectfully submitted,

/s/ Marc D. Seitles
Marc D. Seitles
Fla. Bar No. 0178284
Seitles & Litwim, P.A.
Courthouse Center
40 N.W. 3rd Street, PH-1
Miami, FL 33128
Tel: (305) 403-8070
Fax: (305) 403-8210
Email: mseitles@seitleslaw.com

**CERFICIATE OF SERVICE**

    I HEREBY CERTIFY that on January 23, 2025, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to: All counsel.

                                                                            /s/ Marc D. Seitles\_\_\_\_
                                                                            Marc D. Seitles, Esq