IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20295-JB

UNITED STATES OF AMERICA

        Plaintiff,

VS.

WILMER MOISES BARSELO,

        Defendant.
_____/

**DEFENDANT'S WAIVER OF SPEEDY TRIAL**

I, Wilmer Moises Barselo, hereby wiave my rights to a Speedy Trial and agree that the time period between May 28, 2025 and July 28, 2025 be excluded from the Speedy Trial clock.

*Wilmer [signature]*
Wilmer Moises Barselo
May 28, 2025

Respectfully submitted,

/s/ Marc David Seitles
Marc David Seitles
Fla. Bar No. 0178284
**Seitles & Litwin**
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
Tel: (305) 403-8070
Fax: (305) 403-8210
Email: mseitles@seitleslaw.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9th, 2025, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to : All counsel.

>Respectfully submitted,
>
>/s/ Marc David Seitles
>Marc David Seitles