# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20295-JB

UNITED STATES OF AMERICA

        Plaintiff,

VS.

WILMER MOISES BARSELO,

        Defendant.

_____/

## DEFENDANT'S WAIVER OF SPEEDY TRIAL

I, Wilmer Moises Barselo, hereby wiave my rights to a Speedy Trial and agree that the time period between July 16, 2025 and August 11, 2025 be excluded from the Speedy Trial clock.

Wilmer Moises Barselo
July 21, 2025

Respectfully submitted,

/s/ Marc David Seitles
Marc David Seitles
Fla. Bar No. 0178284
**Seitles & Litwin**
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
Tel: (305) 403-8070
Fax: (305) 403-8210
Email: mseitles@seitleslaw.com

## CERTIFICATE OF SERVICE

1

I HEREBY CERTIFY that on July 22, 2025, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to : All counsel.

Respectfully submitted,

/s/ Marc David Seitles
Marc David Seitles