# COURT MINUTES

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**  Date: 09/25/2025  Time: 3:00 P.M.

Defendant: Wilmer Moises Barselo    J#: 12522-506    Case #: 24-CR-20295-BECERRA

AUSA: Yvonne Rodriguez-Schack    Attorney: Marc David Seitles-CJA

Violation: Conspiracy to Possess w/ Intent to Distribute;Possession w/ Intent to Distribute

Proceeding: Change of Plea    CJA Appt:

Bond/PTD Held: ○ Yes  ○ No    Recommended Bond:

Bond Set at: STIP- $250K CSB W/ Nebbia W/Right to revisit.  Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

| Disposition: |
| --- |
| **Brady Order Given 07/08/24** |
| Defendant Sworn. |
| PSR Ordered. |
| Defendant shall remain in custody. |
| R&R to follow. |
| |
| |
| |
| |
| |
| Time from today to ___ excluded from Speedy Trial Clock |

NEXT COURT APPEARANCE  Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 15:12:25    Time in Court: 33 Mins