IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20295-JB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILMER MOISES BARSELO,

    Defendant.

_____/

**NOTICE OF FILING OF LETTERS OF SUPPORT
FOR SENTENCING HEARING**

    Wilmer Moises Barselo, through counsel, files this Notice of Filing of Letters of Support for Sentencing Hearing. Attached the Court will find six (6) letters of support for Mr. Barselo. Mr. Barselo respectfully requests that these letters be considered at his sentencing hearing.

    Respectfully submitted,

/s/ Marc David Seitles
Marc David Seitles
Fla. Bar No. 0178284

Seitles & Litwin, P.A.
Courthouse Center
40 N.W. 3rd Street, Penthouse One
Miami, FL 33128
Tel: (305) 403-8070
Fax: (305) 403-8210
Email: mseitles@seitleslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 15th, 2025, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to: all counsel of record.

          /s/ Marc David Seitles
          Marc David Seitles