To: Wilmer Barcelo

By Dayana Bravo

Your Sister in Christ


My dear and esteemed friend on this day I greet you under the blessing of the father, the son and the holy spirit of God, I hope you are well, in good health both physically and spiritually, we are all well here thanks to God, my faith in our lord increases every day, asking God to also touch your mind and your heart and may one day come to exalt and glorify his holy name,  let me tell you that even if you are in that place God is still faithful and having mercy, God is good and has control of everything and everything is done under his holy and blessed will, the glory is God's I was remembering how you liked your work that you did since adolescence in the town when you brought those big fish (lebrance,  snapper, grouper and others, as you were happy when you saw the faces of your friends and neighbors when you put a fish in their hands, I also miss when we saw you return from the conuco with those big rods, bananas, bananas, yuccas.

I can tell you that your son Abraham (chipuca) also likes the art of fishing despite his age he cares about helping his mother to get the daily sustenance, but let's have faith in God that soon you can return and continue your work of fishing and agriculture, the conuco I think is a little bit mounted,  for there is no one to take care of it. Psalm 46:1 says that God is our shelter, our strength and our ready help in the midst of tribulation, so may God continue to bless you, we hope to see you soon if it is God's will, I say see you soon, we love you many. God is good late to wrath and abounding in mercy amen. Do not stop crying out to God and seeking His presence that He also loves you.


Blessings!

A letter to Wilmer Barcelo 20/11/2025

Puerto Caballo Communal Council

Antonio José de Sucre Parish

Municipality Arismendi Edo – Sucre Pto Caballo

Before everything I go on to greet, may I find you well my person Kely Astudillo, member of the Communal Council Puerto Caballo, I attest that I know Mr. Wilmer Moise Barcelo by sight and year of meeting him and I can testify that he is an exemplary father and a good person in our community, you are a man with a lot of love for his partner and children, your 8 children miss you very much, he is a responsible father, hardworking, collaborative and respectful with great affection I know him from many years of friendship a father fighter to bring bread to his house day by day your kindness and your company is really special and we cannot imagine life without you, you are the best that is why we love you and I tell you that you can count on me for and today I thank God for you for what I have shared and what I have learned, I recognize that you are a person with a character of tranquility and with love to give every day I ask God to accompany you on the path that you have the doors and the right opportunities to continue advancing: this is for you since dawn I wanted to say that here you have many people that we care especially about your mother, children, wife, friends and colleagues who love you and think that you are the kindest, friendliest and most affectionate man in the world.

That without knowing who you were one day I decided to include you in my list of friend compadre to you that without caring who you were where you come from I opened my arms, my heart and gave you the most precious thing that a human can give his friendship I want to say thank you:

ATT The Astudillo Family

Kelly Astudillo Principal Member of the Puerto Caballo Community Council

A cordial greeting on behalf of my son and my father I: Eulimar yeguez we attest to the good conduct and good treatment of my uncle Wilmer Barceló within the social sphere he has always been a man dedicated to his work his family likes to help in the community as much as he can he has been an honest man,  Generous, attentive and cheerful, he has always been our pillar of support, he has always liked to work to give the whole family support, given to his children, giving them education and showing the values as a human being in a world full of sacrifices, being the fundamental source of the family's maintenance, from the heart we appreciate the help and support they can give him.


ATTE: Familia Yeguez


Puerto Caballo 20/10/2025

Puerto Caballo Arimendi Municipality

Recipient: Wilmer Moises Barcelo

Sender: Josefa del Carmen Barceló

IQ: 10.220.047 Age 68 years

I am writing to you with a cordial greeting and respect to request your support for my son Wilmer Moises Barceló since I am his mother Josefa del Carmen Barcelo, I do not have any type of job since we live in a small town with few resources. Anyone who cannot find a stable job is an honest, hardworking and responsible person who has good behavior in our community. Father of 8 children including Wilfre Moises Barceló who is a disabled person, who has to comply with an expensive treatment and be examined every 4 months he has been a good father, since the need he was going through had to opt for the job offered.


Take care of yourself son I am looking forward to you.

Puerto Caballo 21/10/2025

C.I 21.012.984

Carina Contreras


We write this letter on behalf of his children and wife to tell him and express to him the wonderful, kind, affectionate and humanitarian person that is Wilmer Moises Barceló, a quiet man without any vice and without problem with the law, he is the pillar of our family made up of Carina Contreras Yeguez and 4 children apart from 4 more children that he has with other couples,  responsible for his mother since his father died 10 years ago, his mother suffers from several health problems, his eldest son sick since he was a child as a result of giving him miningitis was left as a special child we ask that you please take into account all our requests, explanations and needs that he had to do such illicit work not because he wanted anything like that and also to be able to make his house again for his mother that for reasons of nature was forced to evacuate it, we thank you very much for taking into account all our requests, thank you.


THAT Carina Contreras

My name is **Abrahan Jesus Contreras Yeguez** I am the second brother of Carina the wife of Wilmer Barcelo, as for the brother-in-law that I can say we have known each other since my birth so to speak, he is older than me by a few years; apart from the period that unites us as brother-in-law his mother is my godmother of baptism and since I know him he has always been an adventurous person,  calm, responsible and an excellent father in their life as a couple they went through many difficult moments, I even wondered why God had put so many tests on them so strongly, I hope somehow they managed to overcome them in certain measures. But also; but I can also understand and comprehend in a certain way what led him to carry out certain illicit activities for the well-being of his family, I hope that you can understand and give him a new opportunity to regenerate again in society in a healthier way, to have a new beginning, in the name of our Lord Jesus Christ who blesses him where he is and who gives him the wisdom and understanding from now on go ahead so that he continues to be the excellent person he is.


Sincerely, Abrahan Contreras