UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20295- JB

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

WILMER MOISES BARSELO,

     Defendant.
_____/

## MOTION FOR INVESTIGATIVE FEES

COMES NOW, the Defendant, WILMER MOISES BARSELO, by and through undersigned counsel and respectfully files this Motion for Investigative Fees, pursuant to 18 U.S.C. Section 3006A, and in support thereof:

1. Wilmer Moises Barselo was Indicted and charged in a multi-defendant Conspiracy to Possess With Intent to Distribute Cocaine While on Board a Vessel Subject to the Jurisdiction of the United States.

2. Undersigned counsel was appointed to represent Defendant Wilmer Moises Barselo pursuant to 18 U.S.C. Section 3006A, The Criminal Justice Act after being declared indigent.

4. Undersigned counsel requested assistance from Licensed Investigator, Maria Leon who has been an investigator in the Southern District of Florida working State and Federal

Law Offices of Marc David Seitles, P.A.

cases for over thirty years.

5.     The Discovery in this case was not complicated but required numerous visit to go over information with Client who only spoke Spanish and did not have a clear understanding of the legal procedure. Furthermore, Investigator Maria Leon also assisted in verifying mitigation information for sentencing provided by the Defendant.

4.     Counsel requests that the Court authorize Ms. Leon's compensation be $75.00 per hour for 30 hours for a total cap of $2,250.00.

WHEREFORE, Mr. Barselo respectfully requests that his motion be granted and that the Court authorizes the expenditure and fees of $2,250.00, exclusive of costs for the use of the services of investigator Maria Leon.

Respectfully submitted,

By: /s/ *Marc David Seitles*
Marc David Seitles
Fla. Bar No. 0178284

Law Offices of Marc David Seitles, P.A.
1824 SE Fourth Avenue
Ft. Lauderdale, FL 33316
Tel: (786) 877-3997
Email: mseitles@seitleslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2026, undersigned electronically filed the foregoing document with the Clerk of Court using CM/ECF which will serve all parties herein.

Respectfully submitted,

Law Offices of Marc David Seitles, P.A.

By: /s/ *Marc David Seitles*
Marc David Seitles